UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL NO: 2:09-CV-44

| | | |
|---|---|---|
| CADENCE BANK, N. A. | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | ORDER FOR ENTRY OF |
| | ) | DEFAULT JUDGMENT AGAINST |
| HORRY PROPERTIES, LLC, a South | ) | HORRY PROPERTIES, LLC |
| Carolina Limited Liability Company; | ) | |
| ARTHUR F. McLEAN, JR.; and | ) | |
| ELIZABETH A. McLEAN, | ) | |
|     Defendants. | ) | |

___

**THIS MATTER** is before the Court on Plaintiff's Motion for Entry of Default Judgment Against Horry Properties, LLC. On April 8, 2010, Plaintiff moved this Court, for an entrance of a default judgment against Defendant Horry Properties, LLC stating:

    1.    That on March 15, 2010, the clerk entered a default against Horry Properties, LLC;

    2.    That on August 17, 2009, Plaintiff filed its Complaint praying for the award of damages against Horry Properties, LLC in the amount of the deficiency from the foreclosure sale, three hundred sixty-seven thousand five hundred sixteen dollars and twenty-one cents ($367,516.21).

    3.    That pursuant to Civ.R. 54(d)(1), Plaintiff's costs, other than attorneys' fees, consist of the three hundred and fifty dollar ($350.00) cost of filing this action with the Court on August 17, 2009 and the fifteen dollar ($15) service fee paid to the Horry County, South Carolina Sheriff's Office for service of process on Horry Properties, LLC for a total cost of three hundred sixty-five dollars ($365.00).

Having considered Plaintiff's motion and reviewed the pleadings, the Court enters the

following Order:

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for Entry of Default Judgment Against Horry Properties, LLC is **ALLOWED**, and an Entry of Default Judgment Against Horry Properties, LLC in the amount of three hundred sixty-seven thousand eight hundred eighty-one dollars and twenty-one cents ($367,881.21) is hereby entered.

Signed: April 9, 2010

Frank G. Johns, Clerk
United States District Court